JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUDSON, | Case No. CV 16-510-JLS (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Memorandum and Order Denying Extension Request and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that the request is denied and this action is dismissed without prejudice.

Dated: January 27, 2016

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE